UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

In re:

MICHELLE FERGUSON,                                          Case No. GG 09-01284
                                                            Hon. John T. Gregg

              Debtor.
_____/

MICHELLE FERGUSON,

              Plaintiff,                          Adversary Proceeding
                                                            No. 14-80079
v.

SALLIE MAE n/k/a NAVIENT
SOLUTIONS, INC., UNITED STATES
DEPARTMENT OF EDUCATION,
ACS-GCO ED LOAN FUND, MRU
HOLDINGS, INC., WELLS FARGO
EDUCATION FINANCIAL SERVICES,
DISCOVER FINANCIAL SERVICES,
AES/NCT, UNIVERSITY OF MARYLAND-
UNIVERSITY COLLEGE, ECMC, RBS
CITIZENS and NATIONAL COLLEGIATE
TRUST,

              Defendants.
_____/

## ORDER DENYING MOTIONS FOR ENTRY OF DEFAULT JUDGMENT

PRESENT:    HONORABLE SCOTT W. DALES
            Chief United States Bankruptcy Judge

Plaintiff Michelle Ferguson has filed a complaint naming multiple defendants, seeking to except various student loans from discharge under 11 U.S.C. § 523(a)(8). Several of the defendants have failed to answer or otherwise respond to the complaint and the Clerk has entered their respective defaults under Fed. R. Civ. P. 55 (a), applicable here pursuant to Fed. R. Bankr. P. 7055. As a result, the Plaintiff has filed four motions for default judgment against the defaulting defendants. *See* Docket Nos. 54, 55, 56 and 57 (the "Motions").

Federal courts follow the single judgment rule embodied in Fed. R. Civ. P. 54(b), applicable in this adversary proceeding pursuant to Fed. R. Bankr. P. 7054(a).  None of the Motions explains why the court should depart from this generally applicable rule, and, therefore, the court will deny each without prejudice.  Entry of judgment against the defaulting defendants must await resolution of all claims in this adversary proceeding, or a motion explaining why there is no just reason for delaying entry of judgment.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motions (Docket Nos. 54, 55, 56 and 57) are DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon all parties who have filed an appearance in this adversary proceeding.

END OF ORDER

**IT IS SO ORDERED.**

**Dated July 21, 2014**



Scott W. Dales
United States Bankruptcy Judge